THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINOD PATEL, Appellant. [35 NYS3d 918]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 15, 2010 (*People v Patel*, 74 AD3d 1098 [2010]), affirming a judgment of the Supreme Court, Nassau County, rendered January 11, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Leventhal, J.P., Chambers, Dickerson and Hall, JJ., concur.